IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
GLENN VIERRA,                          No C 05-2307 VRW

        Plaintiff,
                                       ORDER
    v

JO ANNE B BARNHARDT, Commissioner
of Social Security

        Defendant.
                                    /
```

On July 25, 2005, the court denied plaintiff Glenn Viera's application to proceed in forma pauperis, directing him to pay a $15 filing fee. Doc # 9. On August 23, 2005, plaintiff paid a $250 filing fee.

The clerk is now directed to refund to plaintiff $235, the amount paid in excess of the fee ordered by the court.

IT IS SO ORDERED.

*(signature)*

VAUGHN R WALKER
United States District Chief Judge