**CANDACE C. DAVENPORT, SBN# 65586**
Attorney at Law
1703 Fifth Ave.  Ste. 204
San Rafael, California 94901
(415) 456-3606
candace_c_davenport@yahoo.com

Attorney for Plaintiff
GLENN VIERRA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLENN VIERRA, | ) |
| Plaintiff, | ) C-05-02307 VRW |
| vs. | ) STIPULATION AND ORDER |
|  | ) EXTENDING TIME TO FILE |
| JO ANNE B. BARNHART, | ) PLAINTIFF'S SUMMARY |
| Commissioner of Social | ) JUDGMENT MOTION |
| Security Administration | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned parties, subject to the approval of the Court, that plaintiff, GLENN VIERRA, may have an extension of 60 days from the date of this order, to file his Summary Judgment Motion.

Dated:  2/28/06                                    _____/S/_____
                                                   CANDACE C. DAVENPORT
                                                   Attorney for Plaintiff

                                                   KEVIN V. RYAN
                                                   United States Attorney

Dated: 3/1/06                                      By:_____/S/_____
                                                   SARA WINSLOW
                                                   Assistant US Attorney

APPROVED AND SO ORDERED:

Dated: March 8, 2006                               _____
                                                   VAUGHN R. WALKER
                                                   United States District Chief Judge