**CANDACE C. DAVENPORT, SBN# 65586**
Attorney at Law
1703 Fifth Ave.  Ste. 204
San Rafael, California 94901
(415) 456-3606
candace_c_davenport@yahoo.com

Attorney for Plaintiff
GLENN VIERRA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLENN VIERRA, ) | |
| ) | |
| Plaintiff, ) | C-05-02307 VRW |
| ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | EXTENDING TIME TO FILE |
| JO ANNE B. BARNHART, ) | PLAINTIFF'S SUMMARY |
| Commissioner of Social ) | JUDGMENT MOTION |
| Security Administration ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the undersigned parties, subject to the approval of the Court, that plaintiff, GLENN VIERRA, may have an extension of 45 days from the date of this order, to file his Summary Judgment Motion.  This is Plaintiff's second request and the defendant has no objection.

Dated:  5/31/06                              _____/S/_____
                                             CANDACE C. DAVENPORT
                                             Attorney for Plaintiff


Dated: 5/31/06                          By:_____/S/_____
                                             SARA WINSLOW
                                             Assistant US Attorney

APPROVED AND SO ORDERED:

Dated: June 5, 2006                          _____
                                             VAUGHN R WALKER
                                             United States District Judge