| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260<br>Facsimile: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GLENN VIERRA, | ) | |
| Plaintiff, | ) | CIVIL NO. 05-02307 VRW |
| v. | ) | STIPULATION AND ORDER EXTENDING |
| | ) | DEFENDANT'S TIME TO FILE |
| JO ANNE B. BARNHART, | ) | RESPONSE TO PLAINTIFF'S |
| Commissioner of Social Security, | ) | MOTION FOR SUMMARY JUDGMENT |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1] Defendant's response was due on August 31, 2006, pursuant to Civil L.R.16-5. Defendant's response is now due on October 2, 2006.

///
///
///
///
///
///
///

---

[1] See attached Declaration of Donna M. Montano.

This is defendant's first request.

Dated: August 24, 2006        /s/
                              CANDACE C. DAVENPORT
                              Attorney for Plaintiff


                              KEVIN V. RYAN
                              United States Attorney


Dated: August 28, 2006   By:   /s/
                              SARA WINSLOW
                              Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated:  9/5/2006
                              _____
                              VAUGHN R. WALKER
                              United States District Judge

```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7260
    Facsimile:  (415) 436-7169
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN VIERRA, | CIVIL NO. 05-02307 VRW |
| Plaintiff, | DECLARATION OF DONNA M. MONTANO IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |
| V. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

I, **Donna M. Montano** , declare and state as follows:

1. I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration ("SSA"), Region IX.

2. I respectfully request a 30-day extension of time in which to file the Defendant's Cross- motion for Summary Judgment in the above-captioned Social Security case.

3. I am requesting a 30-day extension to file Defendant Commissioner's response to Plaintiff's Motion for Summary Judgment, because Defendant has not yet completed discussions

with its client, the Social Security Administration Appeals Council, regarding possible settlement of this case. This is the **first** extension Defendant has requested in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in San Francisco, California on **August 24, 2006**.

/s/ Donna M. Montano

_____
DONNA M. MONTANO
Assistant Regional Council